## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 11-cv-00483-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** September 19, 2011 | Courtroom Deputy, Cathy Coomes |
| *Parties* | *Counsel* |
| CHARLES CASHION, | Tracey N. Tiedman |
| Plaintiff(s), | |
| v. | |
| SCHNECK & SCHNECK, INC., and JASON SCHNECK, | - - - - - - |
| Defendant(s) | |

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**     **MOTIONS HEARING**
**Court in session:**    8:07 a.m.
Court calls case. Appearance of Plaintiff's counsel.

The Court notes that Defendant Jason Schneck is not present, and that no appearance has been entered on behalf of Defendant Schneck & Schneck, Inc.

This matter is before the Court for hearing on Plaintiff's Second Amended Motion for Default Judgment against Defendants Schneck & Schneck, Inc., and Jason Schneck (Doc. #40, filed 9/16/11).

As stated in Plaintiff's Second Amended Motion for Default Judgment, Ms. Tiedman moves for withdrawal of Plaintiff's Amended Motion for Default Judgment against Schneck & Schneck, Inc., [Doc. #36, filed 9/7/11) and Plaintiff's Amended Motion for Default Judgment against Jason Schneck (Doc. #37, filed 9/7/11).

**It is ORDERED:**     For reasons stated on the record, Plaintiff's motion to withdraw Plaintiff's Amended Motion for Default Judgment against Schneck & Schneck, Inc., [Doc. #36, filed 9/7/11) and Plaintiff's Amended Motion for Default Judgment against Jason Schneck (Doc. #37, filed 9/7/11) is GRANTED, and the motions are **withdrawn**.

The Court states that Defendants were served with notice of this hearing and have not filed a motion to continue. The Court will proceed with argument on the motion.

Argument and discussion regarding Plaintiff's Second Amended Motion for Default Judgment against Defendants Schneck & Schneck, Inc., and Jason Schneck (Doc. #40, filed 9/16/11).

Tracey Tiedman is sworn and questioned by the Court.

**It is ORDERED:** The Court takes judicial notice of Plaintiff's Second Amended Motion for Default Judgment against Defendants Schneck & Schneck, Inc., and Jason Schneck (Doc. #40, filed 9/16/11), the attachments, and statements made by Ms. Tiedman. The motion is taken under advisement, and a written order will issue.

HEARING CONCLUDES.

**Court in recess:** 8:21 a.m.
Total In-Court Time: 00:14

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.